THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, *v.* THE TRADESMEN'S NATIONAL BANK of the City of New York, Respondent.

(Argued December 1, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made May 21, 1890, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial without a jury.

*Simon Sterne* for appellant.

*Thomas Allison* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.